# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:43 am, Jul 14, 2020

| | | |
|---|---|---|
| MARY ELIZABETH NOLAND | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-152 |
| | * | |
| v. | * | |
| | * | |
| MICHELLE DASHER, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. Dkt. No. 11. The Court has already adopted the Magistrate Judge's Report and Recommendation and entered judgment closing this case. Dkt. Nos. 9, 10. While Plaintiff's Objections are untimely, she has submitted documentation ostensibly indicating she attempted to file timely objections. Dkt. No. 11, p. 6. Plaintiff represents the Office of the Clerk of Court was closed on April 8, 2020, which impeded her ability to file timely Objections. Id. at pp. 4-5. This Court has only been closed for weekends and federal holidays, even during the COVID-19 global pandemic. Even if Plaintiff's representation were true, she offers no explanation regarding why she waited until June 26, 2020—nearly a month and a half after this Court entered judgment closing

AO 72A
(Rev. 8/82)

this case—to file her Objections.  Further, Plaintiff's documentation consists solely of a receipt for certified mail sent to an unidentified location in Brunswick, Georgia.  <u>Id.</u> at p. 8.  What is more, Plaintiff's Objections are not responsive to the Report and Recommendation and are **OVERRULED**.  The Court's May 7, 2020 Order remains the Order of the Court, and this case remains **CLOSED**.  Dkt. Nos. 9, 10.

    **SO ORDERED**, this \_\_14\_\_ day of \_\_July\_\_, 2020.

                             HON. LISA GODBEY WOOD, JUDGE
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)